IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00260-WYD-BNB

OSMA SATI (A# 048 329 624);
MOHAMMED SIDDIG (A# 046 833 809); and
MARIA HAJI (A# 046 769 186),

      Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
MARIO ORTIZ, District Director;
UNITED STATES DEPARTMENT OF HOMELAND SECURITY, Denver, Colorado; and
FEDERAL BUREAU OF INVESTIGATIONS,

      Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Parties' Motion to Dismiss With Prejudice By Stipulation of the Parties, filed March 22, 2007 (docket #5).  The motion stipulates to dismissal of all claims by Osma Sati,  Mohammed Siddig, and Maria Haji in the above referenced action.  Upon consideration of the motion and file in this matter, it is hereby,

ORDERED that all claims of Osma Sati,  Mohammed Siddig, and Maria Haji are hereby **DISMISSED WITH PREJUDICE**.  Each party will bear its own costs and attorneys' fees.  The case can now be closed.

Dated: March 23, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge